# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2017

153872

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHARLES QUATRINE, JR.,
      Defendant-Appellant.

SC: 153872
COA: 331085
Macomb CC: 2005-001299-FH

_____/

On order of the Court, the application for leave to appeal the April 28, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2017



Clerk

t0327